No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving a motor vehicle upon a public highway while intoxicated, and his punishment was assessed at a fine of $100.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Operating a motor vehicle while intoxicated upon a public highway is the offense; the punishment, a fine of $100.

The instant record contains no statement of facts and no bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

## EDWARDS v. STATE.
### No. 26937.

Court of Criminal Appeals of Texas.

April 7, 1954.

## HANKS v. STATE.
### No. 26939.

Court of Criminal Appeals of Texas.

April 7, 1954.

